IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TREGG LUNN,<br><br>              Plaintiff,<br><br>vs.<br><br>NSA LEGACY LLC,<br><br>              Defendant. | **4:20CV3115**<br><br>**RECUSAL ORDER** |

      This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      The clerk shall refer the file to the Chief Judge for reassignment to a different judge.

      September 24, 2020.

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge